WILLIAM DONNOLY v. THE PEOPLE.

Error to Kent. Submitted June 18. Decided June 21.

CONSPIRACY. Donnoly was convicted of conspiracy to feloniously steal, take and carry away bank *bills* of the value of $125, and was sentenced to be confined at hard labor in the county jail for 30 days and pay a fine of $200 within that time, and in default of payment of the fine within the thirty days, to be confined in the county jail for one year. Defendant brings error.

*J. E. McBride* and *D. J. McCarthy* for plaintiff in error.

Attorney General *Otto Kirchner* for The People.

PER CURIAM. The decision in *Brownbridge v. People*, decided at this term, ante, p. 751, governs this. The alternative sentence was bad. Had Donnoly offered to pay the fine on the thirty-first day, he would not have been allowed to do so, but must have remained in confinement until the year was completed. This was unwarranted.

The judgment must be reversed.